UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,          :
                                   :
                                   :  CRIMINAL NO. 1:15-CR-305
          v.                       :
                                   :
JAMAR L. MCMILLAN,                 :
          Defendant                :


*O R D E R*


AND NOW, this 21st day of November, 2016, upon consideration of

Defendant's motion to suppress (Doc. 32), IT IS ORDERED that the motion is DENIED.


                              /s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge