IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:15-CR-305 |
|---|---|---|
| v. | : | (Chief Judge Conner) |
| JAMAR L. MCMILLAN, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 23rd day of February, 2018, upon consideration of the omnibus pretrial motion (Doc. 83) filed by defendant Jamar L. McMillan ("McMillan"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that McMillan's omnibus pretrial motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania