IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:15-CR-305 |
| v. | : | (Chief Judge Conner) |
| JAMAR L. MCMILLAN, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 26th day of February, 2018, upon consideration of the motion *in limine* (Doc. 98) filed by defendant Jamar L. McMillan ("McMillan"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that McMillan's motion *in limine* is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania